516

No. 90. HARRINGTON ET AL. *v.* SLOAN. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Messrs. Wymer Dressler* and *Robert D. Neely* for appellants. *Messrs. J. A. C. Kennedy* and *Charles L. McLaughlin* for appellee.

No. 119. GANDY ET AL. *v.* LOUISIANA OIL REFINING CO. ET AL. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. E. H. Randolph* for appellants. *Mr. Elias Goldstein* for appellees.

No. 173. CENTRAL NAT'L BANK *v.* LYNN. Jurisdictional statement submitted October 14, 1929. Decided October 28, 1929. *Per Curiam:* The appeal is dismissed and certiorari is denied for the want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Mr. Thomas Hunt* for appellant. *Mr. Wm. Harold Hitchcock* for appellee.